```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 09240
    CLARENCE CHISM
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-3549


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/15/2008 and was not confirmed.

    The case was dismissed without confirmation 08/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED            407.88          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           1069.58          .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG          .00           .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE    34886.00            .00            .00
US BANK/ELAN/RETAIL PAYM  UNSECURED            325.38          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           2782.84          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1825.96          .00            .00
CAPITAL ONE               UNSECURED           1749.74          .00            .00
TIMOTHY K LIOU            DEBTOR ATTY      2,309.20                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          --------------        --------------
TOTALS                           .00                     .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09240 CLARENCE CHISM

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE